**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:                                                   Case No. 08-65747
                                                                        Chapter 13

LOUIS HENRY,                             Judge Marci B. McIvor

                Debtor,
_____/

Potestivo & Associates, P.C.
By: Kenneth A. VanNorwick (P61707)
Attorney for Saxon Mortgage Services, Inc.
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
kvannorwick@potestivolaw.com

Christopher E. Frank (P67169)
Attorney for Debtor
117 W. 4th Street Suite 201
Royal Oak, MI 48067
(248) 677-7445
cfrank@bankruptcymanagementgroup.com
_____/

## AFFIDAVIT OF DEFAULT

STATE OF MICHIGAN     )
                                ) SS
COUNTY OF OAKLAND    )

        I, Kenneth A. VanNorwick, being first duly sworn, deposes and says:

1.        My name is Kenneth A. VanNorwick, I am over 18 years of age and I am the Attorney for Saxon Mortgage Services, Inc. as servicer for Deutsche Bank National Trust Company, as Trustee under NovaStar Mortgage Funding Trust, Series 2006-6 and its principal, servicing agents, successors, heirs, and assigns in the above-captioned matter and possess personal knowledge of the facts herein.

2.        Debtor, Louis Henry, has not complied with the terms of the Order to Modify the Automatic Stay dated April 22, 2009. The Debtor failed to maintain adequate hazard insurance upon the real property located at 2640 Sturtevant Street, Detroit Michigan 48206. The insurance policy that was previously obtained was cancelled due to non-payment according to the insurance company.

3. The Debtor has not paid the 2010 summer property taxes in full. The 2010 summer property taxes are outstanding in the amount of $656.84.

4. The Debtor shall have 30 days to cure the default with respect to the secured asset. If the Debtor fails to cure the default within 30 days, counsel for Creditor shall proceed with submitting a Default Order Terminating the Automatic Stay to the Court and the automatic stay imposed shall be lifted without further notice or hearing with respect to the real property located at 2640 Sturtevant Street, Detroit Michigan 48206.

5. If called upon to testify, I would testify to the above.

Dated: December 23, 2010         /s/ Kenneth A. VanNorwick
Kenneth A. VanNorwick
Attorney for Saxon Mortgage Services, Inc.
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
kvannorwick@potestivolaw.com