IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 08-65747
Chapter 13

Louis Henry

## MORTGAGEE'S NOTICE OF
## ADJUSTED AMOUNT/MORTGAGE PAYMENT CHANGE

**COMES NOW, Saxon Mortgage Services, Inc.** files this Mortgagee's Notice of Adjusted Amount/Mortgage Payment Change and states the following:

1. Pursuant to the express terms of the underlying Note and Deed of Trust/Mortgage, the regular contractual installment payments due by the Debtor(s) have changed, effective with the payment due on 5/1/2011. The new amount of the installment payment is 753.16. The payment has changed due to an adjustment in the Escrow. The new payment consists of Principal and Interest 457.37 and Escrow 295.79. This letter is provided for informational purposes only, and does not constitute a demand for payment.

Respectfully submitted March 21, 2011.

/s/   **Dawn Dressel**
Non-Attorney limited use filer

Default Servicing Solutions, LLC
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Fax: 720-240-5454
E-mail: bankruptcyecf@dss-now.com

Creditor:
Saxon Mortgage Services, Inc.
4708 Mercantile Drive
Fort Worth, TX 76137
888-422-6451

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Mortgagee's Notice of Adjusted Amount/Mortgage Payment Change has been served upon the Debtor(s) and their counsel, via electronic mail or first class mail, postage pre-paid, and deposited into an official depository of the United States Postal Service on 2/18/2011.

*Debtor*
Louis Henry
9973 Bordeau
Detroit, MI 48204

*Debtor's Counsel*
Christopher E. Frank
117 W. 4th Street
Ste 201
Royal Oak, MI 48067

*Chapter 13 Trustee*
Tammy L. Terry
535 Griswold
Ste 2100
Detroit, MI 48226

/s/    **Dawn Dressel**

Non-Attorney limited use filer

# saxon

P.O. Box 161489
Ft. Worth, TX 76161-1489

Customer Call Center 1-800-594-8422

61333-000746-001
LOUIS HENRY
9973 BORDEAU ST
DETROIT MI 48204-1705

REPRESENTATION OF PRINTED DOCUMENT

ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT

LOAN NUMBER: '9018
DATE: FEBRUARY 18, 2011
NEW PAYMENT INFORMATION

PRIN & INTEREST     457.37
ESCROW PAYMENT      295.79
TOTAL PAYMENT       753.16

NEW PAYMENT EFFECTIVE: 05/01/11

## COMING YEAR - ESCROW PROJECTION

The purpose of the "Coming Year Escrow Projection" is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projection low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you, provided that your loan is current. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point (*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| FIRE INSURANCE | 1,327.00 | | | STARTING BALANCE | | 1,609.48 | 887.42 |
| CITY/TOWN/BORO | 2,222.53 | 05/11 | 295.79 | | .00 | 1,905.27 | 1,183.21 |
| | | 06/11 | 295.79 | | .00 | 2,201.06 | 1,479.00 |
| | | 07/11 | 295.79 | | .00 | 2,496.85 | 1,774.79 |
| | | 08/11 | 295.79 | CITY/TOWN/BOROU | 747.79- | 2,044.85 | 1,322.79 |
| | | 09/11 | 295.79 | | .00 | 2,340.64 | 1,618.58 |
| TOTAL DISBURSEMENTS | 3,549.53 | 10/11 | 295.79 | | .00 | 2,636.43 | 1,914.37 |
| DIVIDED BY 12 MONTHS | | 11/11 | 295.79 | | .00 | 2,932.22 | 2,210.16 |
| MONTHLY ESCROW DEPOSIT | 295.79 | 12/11 | 295.79 | CITY/TOWN/BOROU | 1,474.74- | 1,753.27 | 1,031.21 |
| | | 01/12 | 295.79 | | .00 | 2,049.06 | 1,327.00 |
| | | 02/12 | 295.79 | | .00 | 2,344.85 | 1,622.79 |
| | | 03/12 | 295.79 | FIRE INSURANCE | 1,327.00- | 1,313.64 | 591.58 |
| LOW BALANCE SUMMARY | | 04/12 | 295.79 | | .00 | 1,609.43 | 887.37 |
| PROJECTED LOW POINT | 4,754.54 | TOTAL | 3,549.48 | | 3,549.53- | | |
| ALLOWABLE LOW BAL | 591.58 | | | | | | |
| SHORTAGE | 0.00 | | | | | | |
| ESCROW ADJUSTMENT FOR 12 MONTHS | 0.00 | | | | | | |
| SURPLUS | 722.06 | | | | | | |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

## IMPORTANT MESSAGES

Saxon now offers the "Check by Phone" service via the Internet at www.saxononline.com.
Your pin # is the last four digits of your Social Security #.

## ESCROW SURPLUS NOTIFICATION

You have an escrow surplus. We must refund any surplus of $50.00 or more, but may withhold a surplus of less than $50.00, and lower your payment accordingly.

SAXON MORTGAGE SERVICES, INC. REFUNDS SURPLUSES GREATER THAN $50.00 PROVIDED THAT YOUR ACCOUNT IS CURRENT. SURPLUSES LESS THAN 50.00 ARE PRORATED.

REPRESENTATION OF PRINTED DOCUMENT
MAILING ADDRESS, PHONE NUMBER AND SOCIAL SECURITY/TIN CHANGE REQUEST

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
### ACCOUNT HISTORY

LOAN NUMBER: 9018                              DATE: FEBRUARY 18, 2011

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments and disbursements. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred.

An asterisk (*) indicates a difference in either the amount or date. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received were lesser OR greater than expected
- Monthly payment(s) received earlier OR later than expected
- Previous overage was returned to escrow
- Previous deficiency/shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Forced placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | STARTING BALANCE | 1,349.43 | 7,233.02- |
| 04/10 | 269.87 | .00 | .00 | .00 | | 1,619.30 | 7,233.02- |
| 05/10 | 269.87 | 402.10 | .00 | .00 | | 1,889.17 | 6,830.92- |
| 06/10 | 269.87 | .00 | .00 | .00 | | 2,159.04 | 6,830.92- |
| 07/10 | 269.87 | .00 | .00 | 747.79-* | CITY/TOWN/BOR | 2,428.91 | 7,578.71- |
| 08/10 | 269.87 | 402.10 | 737.87- | .00 | | 1,960.91 | 7,176.61- |
| 09/10 | 269.87 | .00 | .00 | .00 | | 2,230.78 | 7,176.61- |
| 10/10 | 269.87 | .00 | .00 | .00 | | 2,500.65 | 7,176.61- |
| 11/10 | 269.87 | .00 | 1,100.00- | .00 | | 1,670.52 | 7,176.61- |
| 12/10 | 269.87 | .00 | 1,400.65- | 1,474.74-* | CITY/TOWN/BOR | 539.74 | 8,651.35- |
| 01/11 | 269.87 | .00 | .00 | 129.00-* | DWEL EARNED P | 809.61 | 8,780.35- |
| 02/11 | 269.87 | .00 | .00 | .00 E | | 1,079.48 | 8,780.35- |
| 03/11 | 269.87 | .00 | .00 | .00 E | | 1,349.35 | 8,780.35- |
| TOTAL | 3,238.44 | 804.20 | 3,238.52- | 2,351.53- | | | |